UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Raquel Lindblad, Tyreshia Brantley, as an individual, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>J&L Services, Inc., Joel Pellici, Jr., Rick Jakall, Carlo Hamade and McDonald's USA, LLC<br><br>    Defendants | Case No. 4:18-cv-01336-JD<br><br>**PLAINTIFF BRANTLEY'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

_____

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Tyreshia Brantley ("Plaintiff Brantley") hereby moves the Court for an Order Finally Approving the Class Action Settlement, Settlement Agreement and Release, Class Counsel's Attorneys' Fees ($53,308.20) and Lawsuit Costs ($2,691.80), and Plaintiff Brantley's Service Payment ($2,500). This motion is unopposed by Defendants and is based on the motion papers previously submitted in support of Preliminary Settlement Approval, including the Settlement Agreement and Exhibits thereto, the papers submitted in support of this Motion, including the Memorandum of Law and supporting Declarations and Exhibits, and all other matters contained in the record.

Dated: April 11, 2022             **MHC LAW, LLC**

                                           By: /s/ Molly R. Hamilton Cawley
                                           Molly R. Hamilton Cawley (#11838)
                                           460 King Street, Suite 200
                                           Charleston, SC 29403
                                           Tel: (843) 225-8651
                                           molly@mhc-lawfirm.com

                                           **EISENBERG & BAUM, LLP**

                                           Eric M. Baum, Esq.
                                           (admitted pro hac vice)
                                           Sagar Shah, Esq.
                                           (admitted pro hac vice)
                                           24 Union Square East, 4th Floor
                                           New York, NY 10003
                                           212-353-8700

                                           **ATTORNEYS FOR PLAINTIFF**