# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Raquel Lindblad, Tyreshia Brantley, as an individual, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> J&L Services, Inc., Joel Pellici, Jr., Rick Jakall, Carlo Hamade and McDonald's USA, LLC <br><br> Defendants | Case No. 4:18-cv-01336-JD <br><br><br> **ORDER GRANTING PLAINTIFF BRANTLEY'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |

This matter came before the Court on Plaintiff Tyreshia Brantley's ("Plaintiff Brantley") Unopposed Motion for Final Approval of the Class Action Settlement Agreement, Settlement Agreement and Release, Class Counsel's Attorneys' Fees and Lawsuit Costs, and Plaintiff Brantley's Service Payment.

The Final Fairness Hearing was held in this matter on May 4, 2022. Based upon the Court's review of the motion papers submitted, both with respect to preliminary and final approval of the Settlement Agreement, the arguments presented at the Final Fairness Hearing, and all other matters in the record, **IT IS HEREBY ORDERED**

1. That, the record supports that the Settlement Agreement is fair, reasonable, adequate and proper and there were no objections from eligible Class Members; as such,

Plaintiff Brantley's Unopposed Motion for Final Approval of Settlement is **GRANTED**.

2. That the Settlement Agreement and Release is **FINALLY APPROVED**.

3. That Class Counsel's Attorneys' Fees ($53,308.20) and Lawsuit Costs ($2,691.80), totaling ($56,000.00), are reasonable under the common-fund percentage method, the Barber factors (Barber v. Kimbrell's, Inc., 577 F.2d 216 (4th Cir. 1978), and the lodestar cross-check, and therefore they are **FINALLY APPROVED**.

4. That Plaintiff Brantley's Service Payment of $2,500.00 is reasonable given her willingness to proceed as Class Representative and the time she spent in that capacity, including attending two in-person mediations, and therefore it is **FINALLY APPROVED**.

5. Defendant J&L Services, Inc. shall proceed to comply with the Settlement Agreement with respect to payment of the thirty (30) Class Claims, Attorneys' Fees and Lawsuit Costs, and Plaintiff's Brantley's Service Payment.

6. The Parties shall proceed under the Settlement Agreement to finalize this matter in all respects.

**IT IS SO ORDERED.**

Joseph Dawson, III
United States District Judge

Dated: May 5, 2022